In the Matter of the Petition of HUBERT O. THOMPSON, Commissioner, etc., for the Appointment of Commissioners of Appraisal.

(Argued October 2; 1888, decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 16, 1888, which reversed so much of an order of Special Term herein as confirmed that portion of the report of commissioners of appraisal awarding damages to Charles L. Cammanie, executor.

*Fordham Morris* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

SILAS H. WITHERBEE et al., Respondents, *v.* JOHN D. SLAYBACK et al., Appellants.

(Submitted October 2, 1888; decided October 16, 1888.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 7, 1888, which affirmed an order of Special Term denying a motion to change the place of trial herein.

*Bacon & Merritt* for appellants.

*Waldo & McLaughlin* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.